Joseph Tomak, appellee, v. James Seidl, appellant.   Gen. No. 36,182.

Heard in the first division of this court for the first district at the October term, 1932.   Opinion filed December 29, 1932.   Rehearing denied January 13, 1933.

Anton Percival, for appellant; James S. Wight, of counsel.   George J. Haddad and John B. Skala, for appellee; George J. Haddad, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Sanford W. Hickman, executor of the estate of Alice G. Hickman, deceased, defendant in error, v. Great American Casualty Company, plaintiff in error.   Gen. No. 36,192.

Heard in the first division of this court for the first district at the October term, 1932.   Opinion filed December 29, 1932.   Rehearing January 13, 1933.

E. R. Elliott, for plaintiff in error.   Ekern & Meyers, for defendant in error; William E. Mooney and Luther F. Binkley, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

William D. Meyering, Sheriff of Cook County, Illinois for use of Philip Morris Advertising Service, Inc., appellant, v. M. Goderski and Public Indemnity Company, appellees.   Gen. No. 36,333.

Heard in the first division of this court for the first district at the October term, 1932.   Opinion filed December 29, 1932.   Rehearing denied January 13, 1933.

Short, Rothbart, Willner & Lewis and Louis S. Cohn, for appellant; Reuben Freedman and Seymour Lewis, of counsel.   Dent, Weichelt & Hampton, for appellees; George M. Weichelt, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

George Adair Longley, appellant, v. Mary Caroline Longley et al., appellees.   Gen. No. 35,244.

Heard in the first division of this court for the first district at the June term, 1931.   Opinion filed December 29, 1932.   Rehearing denied January 13, 1933.

Winston, Strawn & Shaw, for appellant; Edward W. Everett, James H. Cartwright and Charles J. Calderini, of counsel.   Garnett & Garnett and Ryan, Condon & Livingston, for appellees; James G. Condon, Eugene H. Garnett, Nat T. Burfeind, John M. Touhy and I. Blair Evans, of counsel.

Mr. Justice Matchett delivered the opinion of the court.